UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| GLEN WILSON,<br><br>         Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and, IAC/INTERACTIVECORP HEALTH AND WELFARE PLAN,<br><br>         Defendants. | Case No.: SACV09-00288 CJC (RNBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 18, 2010

_____
HONORABLE CORMAC J. CARNEY
Judge of the U.S. District Court